UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MI PUEBLO #2, et al.,<br><br>　　　　　Defendants. | Case No.  14-cv-01312-JSC<br><br>**ORDER TO PLAINTIFF TO FILE STATUS UPDATE** |

Plaintiffs filed this Americans With Disabilities Act access case in March 2014.  Service was effected in May 2014, and Defendants answered the Complaint in September 2014.  Since that time the docket does not reflect any activity.  Accordingly, Plaintiff shall file a report updating the Court on the status of the action on before January 9, 2015.

**IT IS SO ORDERED**.

Dated: December 3, 2014

　　　　　　　　　　　　　　　　　　　　_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge